**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| IN RE HEARTLAND PAYMENT | ) | CIVIL ACTION NO. H-09-MD-02046 |
| SYSTEMS, INC. DATA SECURITY | ) | |
| BREACH LITIGATION | ) | |
| ------------------------------------------------- | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| ALL ACTIONS | ) | |

## ORDER

Before this Court is Defendant Heartland Payment Systems, Inc.'s Motion to Stay Discovery During the Pendency of its Motions to Dismiss.  Having considered the applicable law, the briefs, the record and the arguments of counsel, this Court finds the motion to have merit, GRANTS the motion, and STAYS discovery in this action until Defendant's Motions to Dismiss have been decided.

SIGNED this ___ day of _____ 2009.

_____
Honorable Lee H. Rosenthal presiding

964395v1/09313-011255