IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: Heartland Payment Systems Inc. Customer Data Security Breach Litigation | : : : : | 4:09-md-02046<br><br>MDL No. 2046 |
| _____ | : : | Hon. Lee H. Rosenthal |
| This Document Relates to: | : : | CLASS ACTION |
| ALL ACTIONS_____ | : | JURY TRIAL DEMANDED |

_____

**PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE
A SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION TO STAY
DISCOVERY DURING THE PENDENCY OF ITS MOTIONS TO DISMISS**
_____

Plaintiffs in the Financial Institution Track and in the Consumer Track hereby respectfully seek leave of Court for permission to file a short Sur-Reply in Further Opposition to Defendant's Motion to Stay Discovery During the Pendency of its Motion to Dismiss. (Dkt. No. 15).

Defendant's September 8 Reply Memorandum in further support of its motion to stay misconstrues, *inter alia*, the negotiations held between the parties regarding discovery. The filing of a Sur-Reply in order to clarify this newly presented evidence is, therefore, appropriate here. *See Murray v. TXU Corp.,* No. 3:03-CV-0888-P, 2005 U.S. Dist. LEXIS 10298, at *3 (N.D. Tex. May 27, 2005) ("A sur-reply is appropriate by the non-movant only when the movant raises new legal theories or attempts to present new evidence at the reply stage."); *Fast Capital Mktg., LLC v. Fast Capital LLC,* 2008 U.S.

Dist. LEXIS 103988, at *4, n.1 (S.D. Tex. Dec. 24, 2008) (denying motion to strike sur-reply brief). Plaintiffs' proposed Sur-Reply is attached hereto as Exhibit A.

Pursuant to Local Rule 7.1(D), Plaintiffs' counsel state that they have conferred with counsel for Defendant, who consents to its filing on the condition that Plaintiffs will consent to Defendant filing a sur-sur-reply if Defendant determines that Plaintiffs raise something new in their sur-reply. Plaintiffs agree (and will raise no new matters in their sur-reply).

For the foregoing reasons, Plaintiffs respectfully request that the Court enter the attached Order granting them permission to file their proposed Sur-Reply.

Dated: September 15, 2009

Respectfully submitted,

| | |
|---|---|
| */s/ Michael A. Caddell* | */s/ Joseph G. Sauder* |
| Michael A. Caddell | Joseph G. Sauder |
| mac@caddellchapman.com | CHIMICLES & TIKELLIS LLP |
| Cory S. Fein | 361 W. Lancaster Avenue |
| csf@caddellchapman.com | Haverford, PA 19041 |
| CADDELL & CHAPMAN | 610-645-4717 (phone) |
| 1331 Lamar, #1070 | 610-649-3633 (fax) |
| Houston TX 77010 | JosephSauder@chimicles.com |
| 713.751.0400 (phone) | |
| 713.751.0906 (fax) | ***Co-Lead Counsel and Liaison Counsel for the Financial Institution Track Plaintiffs*** |
| */s/ Richard L. Coffman* | |
| Richard L. Coffman | |
| Texas Bar No. 04497460 | |
| THE COFFMAN LAW FIRM | |
| First City Building | |
| 505 Orleans St., Ste. 505 | |
| Beaumont, TX 77701 | |
| (409) 833-7700 | |
| (866) 835-8250 | |

*/s/ Ben Barnow*
Ben Barnow
Barnow and Associates, P.C.
One N. LaSalle Street, Suite 4600
Chicago, IL  60602
(312) 621-2000


Lance A. Harke
Harke & Clasby, LLP
155 S. Miami Ave., Suite 600
Miami, FL  33130
(305) 536-8220

Burton H. Finkelstein
Finkelstein Thompson LLP
1050 30th Street, N.W.
Washington, D.C. 20007

Harold B. Gold
Wisener Nunnally Gold, L.L.P.
625 Centerville Road, Suite 110
Garland, TX  75041
(972) 840-9080


*Co-Lead Counsel and Liaison Counsel for the Consumer Track Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that, on September 15, 2009, this document was filed electronically via the Court's ECF system and thereby served on all counsel of record.

 /s/ Cory S. Fein
Cory S. Fein