The United States District Court
for the Southern District of Texas

| | |
|---|---|
| In Re: Heartland Payment Systems, Inc. Customer Data Security Breach Litigation  _____  This filing relates to:  CONSUMER TRACK ACTIONS | § § § § § § § § § Civil Action No. 4:09-MD-2046 |

**[proposed] Order**

IT IS HEREBY ORDERED that Consumer Plaintiffs' Unopposed Motion for an Extension of Time to File Their Master Amended Complaint is GRANTED.

Consumer Plaintiffs are to file their Master Amended Complaint by **October 14, 2009**. Any motion filed by Heartland under Fed. R. Civ. P. 12 relating to the Consumer Plaintiffs' Master Amended Complaint is due by **November 13, 2009**, the opposition filing by the Consumer Plaintiffs is due by **December 14, 2009**; and Heartland's reply is due by **January 8, 2009**.

Dated: _____       _____
                                                                    Lee H. Rosenthal
                                                                    United States District Judge