**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE HEARTLAND PAYMENT SYSTEMS, INC. DATA SECURITY BREACH LITIGATION | ) ) ) ) CIVIL ACTION NO. H-09-MD-02046 |
| THIS DOCUMENT RELATES TO: FINANCIAL INSTITUTION TRACK ACTIONS | ) ) ) ) ) ) |

**DEFENDANT HEARTLAND PAYMENT SYSTEMS, INC.'S MOTION TO DISMISS THE FINANCIAL INSTITUTIONS' MASTER COMPLAINT**

Defendant Heartland Payment Systems, Inc. ("Heartland") respectfully moves that the Court dismiss the Master Complaint in the Financial Institution Track pursuant to Fed. R. Civ. P. 12(b)(6), for the reasons set forth in the accompanying Memorandum of Law filed herewith.

WHEREFORE, Heartland respectfully requests that this Court enter an order dismissing the Financial Institution Track action in its entirety.

Respectfully submitted,

/s Neal S. Manne
Neal S. Manne
nmanne@susmangodfrey.com
State Bar No. 12937980
S.D. Adm. No. 10209
Erica W. Harris
eharris@susmangodfrey.com
State Bar No. 00797697
S.D. Adm. No. 20784
David M. Peterson
dpeterson@susmangodfrey.com
State Bar No. 24056123
S.D. Adm. No. 882360
SUSMAN GODFREY L.L.P.

-2-

        1000 Louisiana Street, Suite 5100
        Houston, Texas 77002-5096
        Telephone:  (713) 651-9366
        Fax:  (713) 654-6666

        Harvey J. Wolkoff
        harvey.wolkoff@ropesgray.com
        MA State Bar No. 532880
        Douglas H. Meal
        douglas.meal@ropesgray.com
        MA State Bar No. 340971
        Mark P. Szpak
        mark.szpak@ropesgray.com
        MA State Bar No. 546261
        Anne E. Johnson
        anne.johnson@ropesgray.com
        MA State Bar No. 666361
        ROPES & GRAY LLP
        One International Place
        Boston, MA 02110-2624
        (617) 951-7000 (telephone)
        (617) 951-7050 (facsimile)

        ***Attorneys for Heartland Payment Systems, Inc.***

Dated:  October 23, 2009

-3-

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 23rd day of October 2009 with a copy of this document via the Court's CM/ECF system per the Local Rules.

                                               /s Neal S. Manne
                                               Neal S. Manne