IN THE UNITED STATES DISTRICT CORT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE HEARTLAND PAYMENT SYSTEMS, INC. CUSTOMER DATA SECRUTIY BREACH LITIGATION<br><br>This Filing Relates To:<br><br>CONSUMER TRACK ACTIONS | CIVIL ACTION NO. H-09-MD-02046 |

ORDER ON
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE CONSUMER TRACK MASTER COMPLAINT

The Consumer Plaintiffs' Unopposed Motion for an Extension of Time to File their Master Amended Complaint is GRANTED. The Consumer Plaintiffs are to file their Master Amended Complaint by **December 18, 2009**. Any motion filed by Heartland under Fed. R. Civ. P. 12 relating to the Consumer Plaintiffs' Master Amended Complaint is due by **January 18, 2010**. The opposition filing by the Consumer Plaintiffs is due by **February 18, 2010**. Heartland's reply is due by **March 15, 2010**.

There will be no further extensions.

SIGNED on December 4, 2009 at Houston, Texas.

Lee H. Rosenthal
United States District Judge