IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: HEARTLAND PAYMENT SYSTEMS, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | § § § § § § | 4:09-MD-02046<br><br>MDL NO. 2046 |
| THIS DOCUMENT RELATES TO: FINANCIAL INSTITUTION TRACK ACTIONS | § § § § § § | HON. LEE H. ROSENTHAL<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

[~~PROPOSED~~] ORDER GRANTING THE FINANCIAL INSTITUTION PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE OF COURT TO FILE A SUR-REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

WHEREAS, upon consideration of the motion filed by the Financial Institution Plaintiffs seeking leave of Court to file a Sur-Rely Memorandum of Law in Further Support of Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Dismiss, and there being no opposition to this request by Defendant Heartland Payment Systems, Inc., it is, this _____23rd_____ day of December 2009, **ORDERED** as follows:

1. The Financial Institution Plaintiffs' motion seeking leave of Court to file a Sur-Reply is **GRANTED;**

2. The Financial Institution Plaintiffs shall file their Sur-Reply on or before **January 15, 2010**;

3. The Financial Institution Plaintiffs' Sur-Reply shall not exceed 15 pages in length;

4. Heartland shall be permitted to file a response to Plaintiffs' Sur-Reply; and

5. Any response filed by Heartland to Plaintiffs' Sur-Reply shall not exceed 10 pages in length, and shall be filed no later than **February 1, 2010.**

IT IS SO ORDERED.

_____
Honorable Lee H. Rosenthal
United States District Judge