THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re: Heartland Payment Systems, Inc. Customer Data Security Breach Litigation § § § § § This filing relates to: § FINANCIAL INSTITUTION TRACK § LITIGATION § | MDL No. 09-2046 |

## ORDER

A hearing is set for **Monday, April 18, 2011 at 8:45 a.m.** in Civ. A. No. H-10-171, *Lonestar National Bank, N.A. v. KeyBank, N.A.* Counsel for Heartland Payment Systems may, of course, attend. Those who cannot attend in person may do by telephone by calling (713) 250-5550. Either at the hearing or in filings presented no later than April 28, 2011, the Financial Institution Plaintiffs and Heartland Payment Systems should address the effect of the court's March 31, 2011 Memorandum and Order on the issues presented in the motion to dismiss the Master Complaint, including the application of the economic loss rule to the misrepresentation claim.

SIGNED on April 14, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge