**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In Re: Heartland Payment Systems, Inc. Customer Data Security Breach Litigation | § § § § | MDL No. 09-2046 |
| This filing relates to: | § § § | |
| FINANCIAL INSTITUTION TRACK LITIGATION | § § § | |

**ORDER**

This court previously granted the parties' agreed motion to extend the time in which to file an amended master complaint to January 27, 2012. (Docket Entry No. 139). The parties again have jointly moved to extend the time in which to file the amended master complaint to February 21, 2012, to accommodate the parties' current mutual exchange of information. (Docket Entry No. 148). The motion is granted. The Financial Institution Plaintiffs must file their amended master complaint by February 21, 2012.

SIGNED on January 27, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge