IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re: Heartland Payment §<br>Systems, Inc. Customer Data §<br>Security Breach Litigation §<br>_____ §<br>§<br>This filing relates to: §<br>§<br>FINANCIAL INSTITUTION §<br>TRACK LITIGATION § | MDL No. H-09-2046 |

## ORDER

This court previously granted the parties' agreed motion to extend the time in which to file an amended master complaint to April 6, 2012. (Docket Entry No. 155). By docket entry dated March 28, 2012, the court allowed the parties to extend the time in which to file to April 20. The parties again have jointly moved to extend the time in which to file the amended master complaint to June 4, in order to accommodate the parties' current mutual exchange of information. (Docket Entry No. 170). The motion is granted. The Financial Institution Plaintiffs must file their amended master complaint by June 4, 2012. The status conference currently set for May 1 is cancelled and will be rescheduled at the appropriate time following the filing of the amended master complaint.

SIGNED on April 19, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge