# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: Heartland Payment Systems, Inc. Customer Data Security Breach Litigation | § § § § | |
| _____ | § § | MDL No. H-09-2046 |
| This filing relates to: | § § | |
| FINANCIAL INSTITUTION TRACK LITIGATION | § § § | |

## ORDER

This court has granted the plaintiffs' numerous agreed motions to extend the time in which to file an amended master complaint. Most recently, the court extended the deadline for amendment to August 3, 2012. (Docket Entry No. 174). A status conference is scheduled for **August 7, 2012 at 9:00 a.m.** in Courtroom 11-B.

SIGNED on June 11, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge