THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: Heartland Payment Systems, Inc. Customer Data Security Breach Litigation | § § § § § | MDL No. 09-2046 |
| This filing relates to: | § § | |
| FINANCIAL INSTITUTION TRACK LITIGATION | § § § | |
| LONE STAR NATIONAL BANK, N.A., *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-2955 |
| HEARTLAND BANK, | § § § | |
| Defendant. | § | |

**ORDER**

The parties have informed the court that they have agreed to dismiss all claims against Heartland Bank. (Docket Entry No. 10; *see also* MDL No. 2046, Docket Entry No. 179, at 1). By **August 17, 2012**, the parties must file an agreed motion to dismiss and proposed order of dismissal.

SIGNED on August 13, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge