# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re: Heartland Payment Systems | : CLASS ACTION |
| Inc. Customer Data Security | : |
| Breach Litigation | : No. 4:09-md-02046 |
| THIS DOCUMENT RELATES TO: | : |
| FINANCIAL INSTITUTION TRACK | : JURY TRIAL DEMANDED |
| LITIGATION | : |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Amalgamated Bank, Matadors Community Credit Union, Lone Star National Bank, N.A., Elevations Credit Union, First Bankers Trust Company, National Association, O Bee Credit Union, Seaboard Federal Credit Union, and Pennsylvania State Employees Credit Union, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Orders of August 16, 2012 (Docket Entry Nos. 186-187) entering Final Judgment pursuant to FED. R. CIV. P. 54(b), and from the Court's Memorandum and Opinion of December 1, 2011 (Docket Entry No. 136) that is incorporated in those orders.

This appeal includes the following cases which were transferred into MDL 2046, *In Re: Heartland Payment Systems Inc. Customer Data Security Breach Litigation*:

| 4:09-cv-00825 | First Bankers Trust Company, National Association v. Heartland Payment Systems, Inc. |
|---|---|
| 4:09-cv-01201 | Community West Credit Union v. Heartland Payment Systems, Inc. |
| 4:09-cv-01203 | The Eden State Bank v Heartland Payment Systems |

| 4:09-cv-01284 | Heritage Trust Federal Credit Union v. Heartland Payment Systems, Inc. |
|---|---|
| 4:09-cv-01330 | Pennsylvania State Employees Credit Union v. Heartland Payment Systems, Inc. |
| 4:09-cv-01987 | Lone Star National Bank, N.A. v. Heartland Payment Systems, Inc. |
| 4:09-cv-02021 | Lone Summit Bank v. Heartland Payment Systems, Inc. |
| 4:09-cv-02023 | Tricentury Bank v. Heartland Payment Systems, Inc. |
| 4:10-cv-00919 | Putnam Bank v. Heartland Payment Systems Inc |
| 4:10-cv-01498 | Omniamerican Bank v. Heartland Payment Systems Inc. |
| 4:10-cv-01499 | Quad City Bank and Trust Bank v. Heartland Payment Systems Inc. |
| 4:10-cv-01616 | Napus Federal Credit Union v. Heartland Payment Systems, Inc |
| 4:09-cv-02026 | Amalgamated Bank et al v. Heartland Payment Systems, Inc. |
| 4:09-cv-02l05 | PBC Credit Union et al v. Heartland Payment Systems, Inc. |

Dated:  September 17, 2012

                                    Respectfully submitted,

By:

        /s/ Cory S. Fein
        Michael A. Caddell
        Cory S. Fein
        CADDELL & CHAPMAN
        1331 Lamar, #1070
        Houston TX  77010
        713.751.0400 (phone)
        713.751.0906 (fax)
        MAC@caddellchapman.com


        Richard L. Coffman
        Texas Bar No. 04497460
        THE COFFMAN LAW FIRM
        First City Building
        505 Orleans St., Ste. 505
        Beaumont, TX 77701
        (409) 833-7700
        RC@cofflaw.com

        Joseph G. Sauder
        Matthew D. Schelkopf
        Benjamin F. Johns
        CHIMICLES & TIKELLIS LLP
        One Haverford Centre
        361 West Lancaster Avenue
        Haverford, PA 19041
        Telephone: (610) 642-8500
        Facsimile: (610) 649-3633
        JGS@chimicles.com

        *Interim Co-Lead Counsel for the Financial*
        *Institution Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 17, 2012, the foregoing **PLAINTIFFS' NOTICE OF APPEAL** was filed electronically via the Court's ECF system and thereby served on all counsel of record.

<u>/s/ Cory S. Fein</u>
Cory S. Fein