THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: Heartland Payment Systems, Inc. Customer Data Security Breach Litigation | § § § | Civil Action No. H-09-MD-2046 |
| This filing relates to: | § § § § | |
| FINANCIAL INSTITUTION TRACK ACTIONS | § § § | |

## ORDER

The Financial Institution plaintiffs stipulated to the dismissal of their claims under the Florida Deceptive and Unfair Trade Practices Act, as set forth in Counts VIII and X of the Amended Complaint (Docket Entry No. 32), in the actions *Amalgamated Bank et al. v. Heartland Payment Systems, Inc.*, Case No. 4:09-cv-02026, and *PBC Credit Union et al. v. Heartland Payment Systems, Inc.*, Case No. 4:09-cv-02105. Based on the stipulated dismissal of the sole remaining claim, these cases are dismissed, with prejudice.

Each party must bear its own costs.

SIGNED on September 30, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge