IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 12-20648

---

LONE STAR NATIONAL BANK, N.A.; AMALGAMATED BANK; MATADORS COMMUNITY CREDIT UNION; FIRST BANKERS TRUST COMPANY, NATIONAL ASSOCIATION; PENNSYLVANIA STATE EMPLOYEES CREDIT UNION; ELEVATIONS CREDIT UNION; O BEE CREDIT UNION,

    Plaintiffs - Appellants

v.

HEARTLAND PAYMENT SYSTEMS, INC.,

    Defendant - Appellee

---

Appeal from the United States District Court for the
Southern District of Texas, Houston

---

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as to Matadors Community Credit Union, only, as of December 19, 2012, pursuant to appellant's motion. The appeal remains open to all other parties.

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                              By: _____
                              Brandy C. Lemelle, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

United States District Court
Southern District of Texas
FILED
DEC 24 2012
David J. Bradley, Clerk of Court

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
        Deputy
New Orleans, Louisiana  DEC 19 2012

12-20648

LONE STAR NATIONAL BANK, N.A.; AMALGAMATED BANK; FIRST BANKERS TRUST COMPANY, NATIONAL ASSOCIATION; PENNSYLVANIA STATE EMPLOYEES CREDIT UNION; ELEVATIONS CREDIT UNION; O BEE CREDIT UNION,

      Plaintiffs - Appellants

v.

HEARTLAND PAYMENT SYSTEMS, INC.,

      Defendant - Appellee