# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

David Bradley  P.O. BOX 61010
CLERK  HOUSTON, TX 77208

February 11, 2013

Mr. Lyle Wyman Cayce, Clerk
U.S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130
Attn: Michael Brown

FEB 25 2013

David J. Bradley, Clerk of Court



IN RE: Heartland Payment Systems, Inc Customer Data Security Breach
District Court Case No.: 4:09md2046
Circuit Court Case No.: 12-20648

Dear Mr. Cayce:

Enclosed is a printed copy of the certified electronic record on appeal in the above referenced matter. This record contains _24_ volumes of the printed record on appeal.

- Transcripts enclosed.

- Sealed document enclosed.

.

Copies do not need to be returned to our Clerk's office. Please properly dispose of all items when the appeal process in complete.

Very Truly Yours,

David J Bradley, Clerk

__B Lacy_____
Deputy Clerk