# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

September 30, 2013

*United States Courts*
*District of Texas*

OCT 0 3 2013

Mr. David J. Bradley  
Southern District of Texas, Houston    *David J. Bradley, Clerk of Court*
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 12-20648    In Re: Heartland Payment Sys, et al  
                          USDC No. 4:09-MD-2046

The following is(are) returned:

Original Exhibits,      ( ) Box    ( 1 ) Env.    ( ) Package

The electronic copy of the record has been recycled.

*Shredded*

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Brandy C. Lemelle, Deputy Clerk  
504-310-7714