United States Court of Appeals
Fifth Circuit

**UNITED STATES COURT OF APPEALS**

**FILED**
September 3, 2013

**FOR THE FIFTH CIRCUIT**

Lyle W. Cayce
Clerk

No. 12-20648

D.C. Docket No. 4:09-MD-2046

LONE STAR NATIONAL BANK, N.A.; AMALGAMATED BANK; FIRST BANKERS TRUST COMPANY, NATIONAL ASSOCIATION; PENNSYLVANIA STATE EMPLOYEES CREDIT UNION; ELEVATIONS CREDIT UNION; O BEE CREDIT UNION, SEABOARD FEDERAL CREDIT UNION

Plaintiffs - Appellants

v.

HEARTLAND PAYMENT SYSTEMS, INC.,

Defendant - Appellee

United States Courts
Southern District of Texas
FILED

OCT 04 2013

David J. Bradley, Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas, Houston

Before SMITH, GARZA, and SOUTHWICK, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is reversed, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that defendant-appellee pay to plaintiffs-appellants the costs on appeal to be taxed by the Clerk of this Court.

A True Copy
Attest

ISSUED AS MANDATE: 25 SEP 2013

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
Deputy

25 SEP 2013

New Orleans, Louisiana