THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: Heartland Payment Systems, Inc. Customer Data Security Breach Litigation Civil Action No. 4:09-MD-2046 | § § § § § § § § § § | Civil Action No. 4:09-MD-2046 |
| This Document Relates to: The Financial Institution Track Actions | | |

**ORDER GRANTING HEARTLAND PAYMENT SYSTEMS, INC.'S
MOTION TO BE HEARD ON THE COURT'S ORDER GRANTING
MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT
AND TO TAKE ADDITIONAL LIMITED DISCOVERY**

Defendant Heartland Payment Systems, Inc.'s Motion to be Heard on Plaintiffs' Motion for Leave to File an Amended Complaint and to take Additional Limited Discovery, (Docket Entry No. 252), is granted. The court's order entered on August 5, 2014 is vacated. Heartland may respond to plaintiffs' motion by filing its opposition no later than **August 22, 2014**.

SIGNED on August 13, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge